**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DEONDRA L. LIGGION,

        Petitioner,

v.                                                            Case No. 17-13009

THOMAS O. WINN,

        Respondent.
                                      /

**ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S REQUEST
FOR EXTENSION OF TIME AND FOR APPOINTMENT OF COUNSEL**

On March 13, 2020, the court granted Petitioner Deondra L. Liggion's motion to hold this habeas corpus proceeding in abeyance while he exhausts state court remedies. (ECF No. 13.) The court conditioned the stay upon Petitioner complying with certain requirements, including commencing post-conviction proceedings in state court within 60 days of the date of the Stay Order. (*Id.*) The court has previously granted Petitioner's two motions for extension of time to commence state court proceedings. (ECF Nos. 15, 18.) Now before the court is Petitioner's third request for an extension of time and for the appointment of counsel. (ECF 19.)

Petitioner states that restrictions related to the COVID-19 pandemic continue to limit access to the law library. He seeks an additional 90 days to commence state court proceedings. The court will grant Petitioner's request, but cautions Petitioner that no further requests will be granted.

Petitioner also renews his request for the appointment of counsel. The court denies the request for the same reasons stated in the earlier denial of counsel. (*See* ECF No. 15.) Accordingly,

IT IS ORDERED that Petitioner's request for an extension of time and for appointment of counsel (ECF No. 19) is GRANTED IN PART and DENIED IN PART. It is GRANTED with respect to the extension of time. Petitioner must commence state court proceedings within 90 days from the date of this order. No further extensions will be granted. It is DENIED as to the request for appointment of counsel.

                                                  s/Robert H. Cleland               /
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 7, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 7, 2021, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner                  /
                                                  Case Manager and Deputy Clerk
                                                  (810) 292-6522