**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEONDRA L. LIGGION,
# 381270,

        Petitioner,                Case Number: 17-cv-13009

v.

THOMAS O. WINN,

        Respondent.

**ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY (ECF NO. 21)**

Petitioner Deondra L. Liggion is in the custody of the Michigan Department of Corrections serving lengthy sentences for second-degree murder, Mich. Comp. Laws § 750.317, assault with intent to do great bodily harm less than murder, Mich. Comp. Laws § 750.84(1)(a), felon in possession of a firearm, Mich. Comp. Laws § 750.224f, and three counts of possession of a firearm during the commission of a felony, second offense, Mich. Comp. Laws § 750.227b(2). On September 5, 2017, he filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254, raising a single claim: insufficient evidence supports his convictions.

On March 13, 2020, the court granted Petitioner's motion to stay this proceeding to allow him to exhaust state court remedies for additional claims not raised in his habeas petition. (ECF No. 13.) The court required Petitioner to commence state-court post-conviction proceedings within 60 days of the date of the Stay Order. (*Id.*) Petitioner sought, and the court granted, three motions for extension of time to commence state

court proceedings. (ECF Nos. 15, 18, 20.) Now before the court is Petitioner's Motion to Lift Stay (ECF No. 21), to which Respondent has not responded.

Petitioner's decision to ask the court to lift the stay and reinstate the habeas petition indicates a desire to proceed only with his exhausted claim. The court will grant the motion. Respondent previously filed an answer and the related state-court record. Because Petitioner has abandoned his additional, unexhausted claims, no additional filings are necessary.

Accordingly, the Court GRANTS Petitioner's Motion to Lift Stay (ECF No. 21) and the Clerk of Court is directed to reopen this matter.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 17, 2022, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\NTH\Habeas & Staff Attorney\17-13009.LIGGION.LiftStay.MBC.NTH.docx