## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DEONDRA L. LIGGION,

               Petitioner,               Case No. 17-13009

v.

THOMAS O. WINN,

               Respondent.

_____

**ORDER DENYING PETITIONER'S REQUEST FOR EXTENSION OF TIME**

Petitioner Deondra L. Liggion is in the custody of the Michigan Department of Corrections serving lengthy sentences for second-degree murder, Mich. Comp. Laws § 750.317, assault with intent to do great bodily harm less than murder, Mich. Comp. Laws § 750.84(1)(a), felon in possession of a firearm, Mich. Comp. Laws § 750.224f, and three counts of possession of a firearm during the commission of a felony, second offense, Mich. Comp. Laws § 750.227b(2). On September 5, 2017, he filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254, raising a single claim: insufficient evidence supports his convictions.

On March 13, 2020, the court granted Petitioner's motion to stay this proceeding to allow him to exhaust state court remedies for additional claims not raised in his habeas petition.  (ECF No. 13.)  The court required Petitioner to commence state-court post-conviction proceedings within 60 days of the date of the Stay Order. (*Id.*) Petitioner sought, and the court granted, three motions for extension of time to commence state court proceedings. (ECF Nos. 15, 18, 20.)  In the third and final order granting an

extension of time, the court cautioned Petitioner that no further extensions would be granted.  (ECF No. 20.)

Petitioner later filed a motion to lift stay and reinstate the habeas petition even though did not exhaust his state-court remedies.  (ECF No. 21.)  The court granted the motion, allowing Petitioner to proceed with his exhausted claim.  (ECF No. 22.)

Now before the court is Petitioner's request for an extension of time.  (ECF No. 24.)  Petitioner asks for yet another extension of time to file a post-conviction motion for relief from judgment in state court.  This matter is no longer stayed and Petitioner provides no reasonable justification for once again delaying adjudication of his petition. Petitioner had ample time to exhaust state court-remedies.  Accordingly,

IT IS ORDERED that Petitioner's "Request for Extension of Time" (ECF No. 24) is DENIED.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 4, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 4, 2023, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522